# UTC Laboratories

Balance Sheet

As of April 30, 2021

|  | TOTAL |
|---|---:|
| **ASSETS** |  |
|   **Current Assets** |  |
|     Other Current Assets |  |
|       12700 Prepaid Expenses | 168.00 |
|       12901 Due From Distributors | 116,750.21 |
|       12902 Due From Lab Tenants | 189,274.84 |
|       Allowance for Doubtful Account | 235.84 |
|     **Total Other Current Assets** | **$306,428.89** |
|   **Total Current Assets** | **$306,428.89** |
|   Other Assets |  |
|     17100 Accumulated Amortization | -14,525,692.00 |
|     18400 Accounts Receivable - Medicare | 7,393,079.00 |
|       18410 Allow for Dbtfl Accnt - Medicar | -7,393,079.00 |
|     **Total 18400 Accounts Receivable - Medicare** | **0.00** |
|     GOODWILL | 52,042,471.00 |
|     NON COMPETE | 250,000.00 |
|   **Total Other Assets** | **$37,766,779.00** |
| **TOTAL ASSETS** | **$38,073,207.89** |

# UTC Laboratories

Balance Sheet

As of April 30, 2021

|  | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         20000 Accounts Payable | 3,160,665.45 |
|       **Total Accounts Payable** | **$3,160,665.45** |
|       Other Current Liabilities | |
|         23000 Accrued Executive Salary | 1,619,565.26 |
|       **Total Other Current Liabilities** | **$1,619,565.26** |
|     **Total Current Liabilities** | **$4,780,230.71** |
|     Long-Term Liabilities | |
|       25200 Due to Barry | 18,714.16 |
|       25250 Note Payable - Patrick Ridgeway | 29,557.70 |
|       25700 Note Payable - Sigma Health | 275,000.00 |
|       25800 Note Payable - Tarun Jolly | 86,132.90 |
|       25900 Note Payable - Barry Griffith | 84,157.70 |
|       85801 Due To Mike Jolly | 341.63 |
|     **Total Long-Term Liabilities** | **$493,904.09** |
|   **Total Liabilities** | **$5,274,134.80** |
|   Equity | |
|     30000.1 Opening Balance Equity {4} | 37,766,779.00 |
|     30700 Distributions | |
|       30710 TPG | -294,733.00 |
|       30711 Patrick Ridgeway | -70,905.00 |
|       30712 Tarun Jolly Enterprises Distrib | -622,066.00 |
|       30713 Barry Griffith Distributions | -281,191.53 |
|     **Total 30700 Distributions** | **-1,268,895.53** |
|     32000 Retained Earnings | 9,989,317.31 |
|     33500 Founders - Net Dist / Contr | -28,591,305.98 |
|       33550 Capital Contribution - Jolly | 9,343,195.63 |
|       33560 Capital Contribution - Griffith | 4,329,991.35 |
|       33570 Capital Contribution - Ridgeway | 1,229,991.31 |
|     **Total 33500 Founders - Net Dist / Contr** | **-13,688,127.69** |
|     Net Income | |
|   **Total Equity** | **$32,799,073.09** |
| **TOTAL LIABILITIES AND EQUITY** | **$38,073,207.89** |