# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:** | **CASE NO.: 21-10609** |
|     **UTC Laboratories, LLC** | **CHAPTER 11** |
|     **DEBTOR** | |

## CERTIFICATE OF SERVICE

       The Undersigned hereby certifies that a true and correct copy of the Amended Application for Compensation on the First and Final Fee Application of Dwayne M. Murray for Allowance of Compensation for Services Rendered as Subchapter V Trustee has been served upon those parties who have consented to service through the Court's Electronic Filing System as per the Notice of Electronic Case Filing as shown herein, and by US Mail, postage prepaid to parties whose addresses are shown on the attached mailing matrix.

21-10609 Notice will be electronically mailed to:

Justin Alsterberg on behalf of Defendant UTC Laboratories, LLC

ja@snw.law

Justin Alsterberg on behalf of Defendant UTC Laboratories, LLC

ja@snw.law

Laura F. Ashley on behalf of Debtor UTC Laboratories, LLC

lashley@joneswalker.com, hstewart@joneswalker.com;laura-ashley-4406@ecf.pacerpro.com

Laura F. Ashley on behalf of Defendant UTC Laboratories, LLC

lashley@joneswalker.com, hstewart@joneswalker.com;laura-ashley-4406@ecf.pacerpro.com

Laura F. Ashley on behalf of Plaintiff UTC Laboratories, LLC

lashley@joneswalker.com, hstewart@joneswalker.com;laura-ashley-4406@ecf.pacerpro.com

Jeffrey A. Clayman on behalf of Plaintiff James Agee
jclayman@southeasternlegal.org

Jeffrey A. Clayman on behalf of Plaintiff Shea Harrelson
jclayman@southeasternlegal.org

George D. Fagan on behalf of Interested Party AIG Specialty Insurance Company
gfagan@leakeandersson.com, bburst@leakeandersson.com

Michael S Finkelstein on behalf of Defendant UTC Laboratories, LLC
michael@snw.law

Michael S Finkelstein on behalf of Defendant UTC Laboratories, LLC
michael@snw.law

Endya L. Hash, I on behalf of Defendant Tarun Jolly Enterprises, LLC
endya@katielaskylaw.com

Endya L. Hash, I on behalf of Defendant Tarun Jolly
endya@katielaskylaw.com

Endya L. Hash, I on behalf of Interested Party Barry Griffith
endya@katielaskylaw.com

Endya L. Hash, I on behalf of Interested Party Patrick Ridgeway
endya@katielaskylaw.com

Endya L. Hash, I on behalf of Interested Party Tarun Jolly
endya@katielaskylaw.com

Gordon Kuehl, Jr on behalf of Defendant Patrick Ridgeway
gordon@hnkfamilylaw.com

Gordon Kuehl, Jr on behalf of Interested Party Patrick Ridgeway
gordon@hnkfamilylaw.com

Mary S. Langston on behalf of U.S. Trustee Office of the U.S. Trustee
Mary.Langston@usdoj.gov

Catherine E. Lasky on behalf of Defendant Tarun Jolly Enterprises, LLC
katie@katielaskylaw.com

Catherine E. Lasky on behalf of Defendant Tarun Jolly
katie@katielaskylaw.com

Catherine E. Lasky on behalf of Interested Party Tarun Jolly Enterprises LLC
katie@katielaskylaw.com

Catherine E. Lasky on behalf of Interested Party Barry Griffith
katie@katielaskylaw.com

Catherine E. Lasky on behalf of Interested Party Patrick Ridgeway
katie@katielaskylaw.com

Catherine E. Lasky on behalf of Interested Party Tarun Jolly
katie@katielaskylaw.com

Tristan E. Manthey on behalf of Creditor Alison J. Diboll
tmanthey@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Caroline McCaffrey on behalf of Debtor UTC Laboratories, LLC
cmccaffrey@joneswalker.com

Caroline McCaffrey on behalf of Defendant UTC Laboratories, LLC
cmccaffrey@joneswalker.com

Caroline McCaffrey on behalf of Plaintiff UTC Laboratories, LLC

cmccaffrey@joneswalker.com

John Alden Meade on behalf of Creditor James Agee
jameade@meadelawllc.com

John Alden Meade on behalf of Creditor Shea Harrelson
jameade@meadelawllc.com

John Alden Meade on behalf of Plaintiff James Agee
jameade@meadelawllc.com

John Alden Meade on behalf of Plaintiff Shea Harrelson
jameade@meadelawllc.com

Gerald A Melchiode on behalf of Plaintiff Cannon Medical, Inc.
gmelchiode@mmkfirm.com

Dwayne M. Murray on behalf of Trustee Dwayne M. Murray
dmm@murraylaw.net

Christopher K. Ralston on behalf of Plaintiff James Agee
ralstonc@phelps.com, findleyb@phelps.com

Christopher K. Ralston on behalf of Plaintiff Shea Harrelson
ralstonc@phelps.com, findleyb@phelps.com

Mary E Roper on behalf of Creditor Strategic Value Group, LLC
mary@roperligh.com

Mary E Roper on behalf of Plaintiff Strategic Value Group, LLC
mary@roperligh.com

McClain Roberts Schonekas on behalf of Defendant Barry Griffith
mcclain@semmlaw.com

McClain Roberts Schonekas on behalf of Interested Party Barry Griffith
mcclain@semmlaw.com

McClain Roberts Schonekas on behalf of Interested Party Patrick Ridgeway
mcclain@semmlaw.com

McClain Roberts Schonekas on behalf of Interested Party Tarun Jolly
mcclain@semmlaw.com

Mark Stein on behalf of Defendant Patrick Ridgeway
mstein@lowestein.com

Mark Stein on behalf of Interested Party Barry Griffith
mstein@lowestein.com

Mark Stein on behalf of Interested Party Patrick Ridgeway
mstein@lowestein.com

Mark Stein on behalf of Interested Party Tarun Jolly
mstein@lowestein.com

Madison M. Tucker on behalf of Defendant UTC Laboratories, LLC
mtucker@joneswalker.com, cmauer@joneswalker.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

Latonia Williams on behalf of Creditor UnitedHealthcare Insurance Company
lwilliams@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Brent C. Wyatt on behalf of Defendant AIG Specialty Insurance Company
brent.wyatt@akerman.com, natalie.nunley@akerman.com

Brent C. Wyatt on behalf of Interested Party AIG Specialty Insurance Company
brent.wyatt@akerman.com, natalie.nunley@akerman.com

Adam G Young on behalf of Creditor James Agee
agy@meadeyoung.com

Adam G Young on behalf of Creditor Shea Harrelson
agy@meadeyoung.com

Adam G Young on behalf of Plaintiff James Agee
agy@meadeyoung.com

Adam G Young on behalf of Plaintiff Shea Harrelson
agy@meadeyoung.com

Baton Rouge, Louisiana, this 20th day of September 2021

/s/ Courtney C. Walker
Courtney C. Walker