```
Label Matrix for local noticing          AIG Specialty Insurance Company         Agent Consulting
053L-2                                   c/o Leake & Anderson LLP                7570 Old Canton Rd., Ste.101
Case 21-10609                            1100 Poydras St., Suite 1700            Madison, MS 39110-6100
Eastern District of Louisiana            New Orleans, LA 70163-1116
New Orleans
Mon Sep 20 13:55:56 CDT 2021

Strategic Value Group, LLC               UTC Laboratories, LLC                   UnitedHealthcare Insurance Company
33530 1st Way S                          935 Gravier Street                      c/o Shipman & Goodwin LLP
Suite 102                                Suite 2020                              One Constitution Plaza
Federal Way, WA 98003-7332               New Orleans, LA 70112-1656              Hartford, CT 06103-1803


United States Bankruptcy Court           ADS Systems LLC                         AIG Specialty Insurance Company
Eastern District of Louisiana            30 Veterans Memorial Blvd.              80 Pine St.
Hale Boggs Federal Building              Kenner, LA 70062-4938                   5th Floor
500 Poydras Street, Suite B-601                                                  New York, NY 10005-1702
New Orleans, LA 70130-3319


AIRGAS USA, LLC                          Aaron McCollough                        Ability Network Inc.
110 West 7th Street, Suite 1300          77 West Wacker Drive                    100 North 6th Street
Tulsa, OK 74119-1106                     Ste 4100                                Suite 900 A
                                         Chicago, IL 60601-1683                  Minneapolis, MN 55403-1516


Adam Young                               (p)ADVANCED COMPUTER TECHNOLOGIES       Aetna Inc.
556 Jefferson St.                        1333 COLLEGE PARKWAY                    Aaron McCollough
Box 7                                    #111                                    77 West Wacker Drive
Lafayette, LA 70501-6954                 GULF BREEZE FL 32563-2711               Ste 4100
                                                                                 Chicago, IL 60601-1683


Aetna, Inc.                              (p)STATE OF ALABAMA DEPARTMENT OF REVENUE   Alliantgroup, LP
PO Box 784836                            P O BOX 320001                          PO Box 4979
Philadelphia, PA 19178-4836              MONTGOMERY AL 36132-0001                Houston, TX 77210-4979


Allison J. Diboll                        Amko Fence                              Anthem Blue Cross Blue Shield
3611 Carondelet St.                      824 Curtis Avenue                       120 Monument Circle
New Orleans, LA 70115-4609               Kenner, LA 70062-6818                   Indianapolis, IN 46204-4902


Arizona Department of Revenue            BCBS Florida                            Baker Donelson
1500 W. Monroe St.                       Attn: MSC410836                         201 St. Charles Ave.
Phoenix, AZ 85007                        PO Box 415000                           Suite 3600
                                         Nashville, TN 37241-5000                New Orleans, LA 70170-5100


Barry Griffith                           Beyond Lab Services LLC                 Biotage, LLC
7600 Westridge Road                      Attn: Adam Bermudez                     10430 Harris Oaks Blvd.
Roland, AK 72135-9037                    1119 Central Ave.                       Suite C
                                         Metairie, LA 70001-5775                 Charlotte, NC 28269-7518


Brent Wyatt                              Campbell Science                        Cannon Medical, Inc.
909 Poydras St.                          13947 S. Bluff Road                     182 W. 3rd Street
Suite 2000                               Rockton, IL 61072-1301                  Bldg. A
New Orleans, LA 70112-4030                                                       Kenner, LA 70062-7056
```

| | | |
|---|---|---|
| Cerilliant<br>811 Paloma Dr.<br>Suite A<br>Round Rock, TX 78665-2402 | Chris Ralston<br>365 Canal St.<br>Suite 2000<br>New Orleans, LA 70130-6534 | Cigna Healthcare-1<br>Attn: Refunds<br>PO Box 182223<br>Chattanooga, TN 37422-7223 |
| Clarity Diagnostics Laboratories, LLC<br>1441 Canal Street<br>Suite 200<br>New Orleans, LA 70112-2714 | Cody Parker<br>2239 Poydras Street<br>New Orleans, LA 70119-7561 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 |
| Concord Technologies<br>PO Box 864<br>Seattle, WA 98111-0864 | Cox Business<br>PO Box 919292<br>Dallas, TX 75391-9292 | David J. Troy<br>2281 Mahan<br>Ferndale, MI 482201-1134 |
| David Jones<br>2634 Chambers St.<br>New Kensington, PA 15068-3009 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Dell Financial Services L.L.C.<br>C/o Streusand Landon Ozburn Lemmon LLP<br>1801 S Mopac Expy., Suite 320<br>Austin, TX 78746 |
| Dependable Refrigeration, LLC<br>PO Box 74344<br>Metairie, LA 70033-4344 | Driven Technologies<br>PO Box 4119<br>Chattanooga, TN 37405-0119 | Eatel Business<br>PO Box 880<br>Gonzales, LA 70707-0880 |
| Entergy<br>PO Box 8106<br>Baton Rouge, LA 70891-8108 | Entergy New Orleans LLC<br>L-JEF-359<br>4809 Jefferson Hwy Ste A<br>New Orleans, LA 70121-3138 | Eppendorf North America, Inc.<br>175 Freshwater Blvd.<br>Enfield, CT 06082-4444 |
| FMC Sarasota Coastal<br>PO Box 60018<br>New Orleans, LA 70160-0018 | FedEx<br>PO Box 660481<br>Dallas TX 75266-0481 | Fisher Scientific<br>PO Box 404705<br>Atlanta, GA 30384-4705 |
| GCA Services Group<br>PO Box 534198<br>Atlanta, GA 30353-4198 | Gerald A. Melchiode<br>639 Loyola Ave.<br>Suite 2550<br>New Orleans, LA 70113-7109 | Gerald Hutto<br>PO Box 345<br>Fitzgerald GA 31750-0345 |
| Government Navigation Group, Inc.<br>227 W Monroe St.<br>Suite 2100<br>Chicago, IL 60606-5017 | Gregory Wally<br>11244 Sunnto Lane<br>Cornelius, NC 28031-7410 | Gulf Coast Office Products, Inc.<br>5801 River Oaks Road South<br>New Orleans, LA 70123-2170 |
| Hawaii Department of Taxation<br>Attn: Payment Section<br>PO Box 1530<br>Honolulu, HI 96806-1530 | Humana 2<br>PO Box 931655<br>Atlanta GA 31193-1655 | Hyatt Regency<br>c/o John Sousa<br>Hyatt Shared Service Center<br>830 City Ave.<br>Moore, OK 73160-3806 |

| | | |
|---|---|---|
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Illinois Department of Revenue<br>PO Box 19045<br>Springfield, IL 62794-9045 | Immunalysis<br>829 Towne Center Dr.<br>Pomona, CA 91767-5901 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Iron Mountain<br>PO Box 915004<br>Dallas, TX 75391-5004 | James Agee<br>19908 North 101st Place<br>Scottsdale, AZ 85255-3310 |
| James G. Rose<br>8 Onteora Road<br>Highland Lakes, NJ 07422-1404 | Jamie Rose<br>8 Onteora Road<br>Highland Lakes, NJ 07422-1404 | Jeffrey Clayman<br>365 Canal St.<br>Suite 2000<br>New Orleans, LA 70130-6534 |
| John Alden Meade<br>909 Poydras St.<br>Suite 1600<br>New Orleans, LA 70112-4013 | Kerry J. Miller<br>201 St. Charles Ave.<br>Suite 4600<br>New Orleans, LA 70170-4701 | Kristina Balnek<br>6300 University Parkway<br>Sarasota, FL 34240-7043 |
| Kushner LaGraize, LLC<br>3330 W. Esplanade Ave.<br>Suite 100<br>Metairie, LA 70002-3454 | Laporte, APAC<br>111 Veterans Memorial Blvd., Suite 600<br>Metairie, LA 70005-3053 | Life Technologies Corporation<br>Bank of America Lockbox Services<br>12088 Collection Center Drive<br>Chicago, IL 60693-0001 |
| Louisiana Department of Revenue<br>Attn: Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Pain Specialists<br>231 W. Esplanade Ave.<br>Suite B<br>Kenner, LA 70065-2580 | MDCommerce<br>PO Box 1458<br>Tacoma, WA 98401-1458 |
| MY Recruiting, LLC<br>525 St. Charles Ave.<br>Suite 310<br>New Orleans, LA 70130-3409 | Mary E. Roper<br>10839 Perkins Road<br>Baton Rouge, LA 70810-1304 | Medical Repair Service<br>204 Carnation Ave.<br>Metairie, LA 70001-4339 |
| Microgenics Corporation<br>Bank of America<br>7055 Collections Center Dr.<br>Chicago, IL 60693-0001 | Microsoft Corporation<br>1 Microsoft Corp.<br>Redmond, WA 98052-8300 | Minnesota Department of Revenue<br>PO Box 64649<br>Saint Paul, MN 55164-0649 |
| Missouri Department of Revenue<br>PO Box 475<br>Jefferson City, MO 65105-0475 | Missouri Department of Revenue<br>PO Box 555<br>Jefferson City, MO 65105-0555 | My Office Products<br>320 Tech Park Dive<br>Suite 100<br>La Vergne, TN 37086-3647 |
| (p)NFS LEASING INC<br>ATTN LEGAL<br>900 CUMMINGS CENTER<br>SUITE 226-U<br>BEVERLY MA 01915-6183 | NSF Leasing<br>900 Cummings Center - Suite 226-U<br>Beverly, MA 01915-6183 | NXXIO, LLC<br>1705 Montgomery St.<br>Mandeville, LA 70448-5345 |

| | | |
|---|---|---|
| Neighborhood Health Partnership of Florida<br>3100 SW 145th Avenue<br>Suite 200<br>Miramar, FL 33027-6609 | New Hampshire Department of Revenue<br>PO Box 637<br>Concord, NH 03302-0637 | North Dakota Office of State Tax Commission<br>600 E. Blvd Ave.<br>Dept. 127<br>Bismarck, ND 58505-0552 |
| Northwestern Mutual<br>720 East Wisconsin Ave.<br>Milwaukee, WI 53202-4703 | ODonoghue & ODonoghue LLP<br>Attn: Charles W. Gilligan<br>5301 Wisconsin Ave. NW<br>Suite 800<br>Washington, DC 20015-2000 | Orchestrate HR<br>5050 Spring Valley Road<br>Dallas, TX 75244-3995 |
| Pathagility<br>PO Box 10535<br>Conway, AR 72034-0008 | Patrick Ridgeway<br>1920 Eastover Drive<br>Jackson, MS 39211-6705 | Pel Hughes<br>3801 Toulouse St.<br>New Orleans, LA 70119-4829 |
| Pennsylvania Department of Revenue<br>PO Box 280504<br>Harrisburg, PA 17128-0504 | Perkins Coie<br>Attn: Client Accounting<br>1201 Third Ave.<br>Suite 4900<br>Seattle, WA 98101-3095 | Pitney Bowes<br>Purchase Power<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 |
| Pitney Bowes Inc<br>27 Waterview Dr, 3rd Fl<br>Shelton CT 06484-4361 | Poydras Healthcare Advisors, LLC<br>935 Gravier Street<br>Suite 2020<br>New Orleans, LA 70112-1656 | Professional Recruiting, LLC<br>27 Beresford Drive<br>Metairie, LA 70001-6157 |
| Ralph Giddins<br>PO Box 301599<br>Dallas, TX 75303-1599 | Republic Services #842<br>PO Box 9001099<br>Louisville, KY 40290-1099 | Restek Corporation<br>PO Box 4276<br>Lancaster, PA 17604-4276 |
| Revolution Data Systems<br>70161 Hwy 59<br>Suite G<br>Abita Springs, LA 70420-3706 | Ritz-Carlton New Orleans<br>Attn: Credit Manager<br>921 Canal Street<br>New Orleans, LA 70112-2503 | Ryan Ross<br>1904 Gator Lane<br>Ocean Springs, MS 39565-8619 |
| Sanpro<br>PO Box 336<br>Lakewood, NJ 08701-0336 | Shea Harrelson<br>482 Creek Landing Street<br>Daniel Island, SC 29492-8464 | Shimadzu Scientific Instruments, Inc.<br>Dept. 0219<br>PO Box 120219<br>Dallas, TX 75312-0219 |
| Sigma Health<br>2246 Wild Valley Dr.<br>Jackson, MS 39211-6164 | Slone Partners<br>25050 Riding Plaza<br>Suite 130-805<br>South Riding, VA 20152-5925 | Sonitrol of New Orleans, Inc.<br>2217 Ridgelake Dr.<br>Metairie, LA 70001-2099 |
| Spivey & Company, Inc.<br>147 Carondelet Street<br>3rd Floor<br>New Orleans, LA 70130-2586 | St. Jude Childrens Research Hospital<br>262 Danny Thomas Place<br>Memphis, TN 38105-3678 | (p)STERICYCLE INC<br>2355 WAUKEGAN ROAD<br>BANNOCKBURN IL 60015-5501 |

| | | |
|---|---|---|
| Sternberg, Naccari, & White LLC<br>935 Gravier Street<br>Suite 2020<br>New Orleans, LA 70112-1656 | Tarun Jolly<br>3 Audubon Place<br>New Orleans, LA 70118-5525 | Taylor Shockney<br>PO Box 40384<br>Portland, OR 97240-0384 |
| Tufts Health Plan<br>Attn: Refunds<br>PO Box 9185<br>Watertown, MA 02471-9185 | United Health Care<br>PO Box 30555<br>Salt Lake City, UT 84130-0555 | United Healthcare Services, Inc.<br>c/o CDM Bankruptcy<br>185 Asylum Street-03B<br>Hartford, CT 06103-3408 |
| UnitedHealthCare<br>Lockbox 945931<br>3585 Atlanta Avenue<br>Hapeville, GA 30354-1705 | VWR International<br>PO Box 640169<br>Pittsburgh, PA 15264-0169 | Wegmann Dazet & Company<br>111 Veterans Memorial Blvd.<br>Suite 800<br>Metairie, LA 70005-3036 |
| West Virginia State Tax Department<br>Bankruptcy Unit<br>P.O. Box 766<br>Charleston, WV 25323-0766 | West Virginia State Tax Department<br>Revenue Division<br>P.O. Box 2475<br>Charleston, WV 25329 | XIFIN<br>12225 El Camino Real<br>San Diego, CA 92130-2084 |
| Caroline McCaffrey<br>Jones Walker LLP<br>201 St. Charles Ave<br>New Orleans, LA 70170-5100 | Dwayne M. Murray<br>Murray & Murray, LLC<br>4970 Bluebonnet Blvd., Suite B<br>Baton Rouge, LA 70809-3089 | Laura F. Ashley<br>Jones Walker, et al<br>201 St. Charles Avenue<br>Suite 4900<br>New Orleans, LA 70170-4900 |
| Office of the U.S. Trustee<br>400 Poydras Street<br>Suite 2110<br>New Orleans, LA 70130-3238 | Shea Harrelson<br>482 Creek Landing Street<br>Charleston, SC 29492-8464 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Advanced Computer Technologies, LLC<br>1333 College Pkwy. #111<br>Gulf Breeze, FL 32563 | (d)Airgas USA, LLC<br>PO Box 676015<br>Dallas, TX 75267-6015 | Alabama Department of Revenue<br>Business Privilege Tax Section<br>50 North Ripley Street<br>PO Box 327320<br>Montgomery, AL 36132-7320 |
| Dell Financial Services<br>Payment Processing Center<br>PO Box 6547<br>Carol Stream, IL 60197-6547 | Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 | NFS Leasing, Inc.<br>900 Cummings Center<br>Suite 226-U<br>Beverly, MA 01915 |
| Stericycle<br>PO Box 6575<br>Carol Stream, IL 60197 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Tarun Jolly Enterprises LLC

(d)Agent Consulting, LLC
7570 Old Canton Road
Suite 101
Madison, MS 39110-6100

(u)Alison J. Diboll

(d)Strategic Value Group
33530 1st Way S
Suite 102
Federal Way, WA 98003-7332

(du)Alison J. Diboll

(u)Barry Griffith

(d)James Agee
19908 North 101st Place
Scottsdale, AZ 85255-3310

(d)Patrick Ridgeway
1920 Eastover Drive
Jackson, MS 39211-6705

(u)Tarun Jolly

End of Label Matrix
Mailable recipients    136
Bypassed recipients      9
Total                  145