**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

| | |
|---|---|
| **UTC LABORATORIES, LLC** | **CASE NO. 21-10609** |
| **DEBTOR** | **CHAPTER 11** |

**O R D E R**

Considering the foregoing Ex Parte Joint Motion to Substitute as Counsel of Record [P-189],

**IT IS ORDERED** that Daniel A. Meyer and Joseph M. Bruno are substituted and enrolled as counsel of record for Alison J. Diboll in the above-captioned matter.

Baton Rouge, Louisiana, October 26, 2021.

s/ Douglas D. Dodd
**DOUGLAS D. DODD**
**UNITED STATES BANKRUPTCY JUDGE**